UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC,<br><br>      Plaintiff,<br><br>  -against-<br><br>SAIGON SHACK CORP.,<br><br>      Defendant. | 20-cv-10711 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.

    On April 21, 2021, the parties in the above-captioned case informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

Dated:   New York, NY

          April 21, 2021                 _____
                                                     JED S. RAKOFF, U.S.D.J.